| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

DIANA WALTER, §
§
        Plaintiff, §
§
*versus* § CIVIL ACTION NO. 1:11-CV-166
§
CMRE FINANCIAL SERVICES, INC., §
§
        Defendant. §

## ORDER OF DISMISSAL

The parties' Joint Motion to Dismiss (#10) is GRANTED. Accordingly, the above-styled case is dismissed with prejudice. Each party shall bear its own costs of court/attorney's fees.

THIS IS A FINAL JUDGMENT.

SIGNED at Beaumont, Texas, this 8th day of April, 2013.

                                            _Marcia A. Crone_
                                            MARCIA A. CRONE
                                       UNITED STATES DISTRICT JUDGE